■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CHOBOT, Also Known as CHARLES LAWLOR, Appellant. —Judgment, Supreme Court, New York County (Joan C. Sudolnick, J.), rendered December 18, 1989, convicting defendant, after a jury trial, of burglary in the second degree and possession of burglar's tools, and sentencing him as a second violent felony offender, to concurrent terms of imprisonment of 10 years to life and one year respectively, unanimously affirmed.

In this trial for burglary, the trial court properly excluded a statement allegedly made to the police by the codefendant (who was not jointly tried with defendant), that she had permission to enter the apartment. The codefendant's statement was made *after she and defendant had exited the burglarized apartment,* and thus was not relevant to defendant's state of mind when he entered the apartment. We have considered the remaining arguments, including those raised in defendant's *pro se* supplemental brief, and find them to be without merit. Concur—Ellerin, J. P., Asch, Kassal and Smith, JJ.